## (April 30, 1975)

■ ELEANOR BERNSTEIN, Appellant, v WILLIAM HEFT et al., Respondents, —Order of the Supreme Court, Nassau County, entered October 22, 1974, affirmed, with one bill of $20 costs and disbursements to respondents who filed a brief. No opinion. The time within which appellant may serve an amended complaint pursuant to the order under review is extended until 20 days after entry of the order to be made hereon. Hopkins, Acting P J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.